## WYLAN v. CALIFORNIA.

No. 991. Decided May 23, 1966.

*Ronald H. Bonaparte* and *David A. Binder* for appellant.

*Byron B. Gentry* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted.

## VENABLE v. TEXAS.

No. 1196. Decided May 23, 1966.

*William VanDercreek* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.